## MILLER et al. v. UNITED STATES.

### No. 9086.

Circuit Court of Appeals, Fifth Circuit.

June 9, 1939.

Robert W. Cole, of Atlanta, Ga., and William Roy Miller, of Leavenworth, Kan., in pro. per., for appellants.

Douglas W. McGregor, U. S. Atty., and George P. Red, Asst. U. S. Atty., both of Houston, Tex.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

It appears from the record appellants were sentenced on March 14, 1939. They asked leave to appeal in forma pauperis on April 5, 1939, which was granted. Notice of appeal was filed April 5, 1939. No motion for a new trial had extended the time for appealing. The appeal was not taken within five days after the judgment of conviction and was too late to have any effect. Rule 3, Criminal Appeals Rules, 28 U.S. C.A. following section 723a.

The motion to dismiss is granted.